**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **MELISSA VASQUEZ ex rel. S.R.A.,** ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> **MICHAEL J. ASTRUE,** ) </br> **Commissioner of the Social** ) </br> **Security Administration,** ) </br> ) </br> Defendant. ) </br> _____ ) | Case No. EDCV 08-00449 AJW </br></br> **J U D G M E N T** |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

May 19, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge